### PULLIAM v. THE STATE.

ATKINSON, Justice. This case is controlled by the rulings made in the second division of the opinion in *Pulliam* v. *State*, ante.

*Judgment affirmed. All the Justices concur, except Head, J., disqualified.*

No. 15236. SEPTEMBER 7, 1945.

*C. H. Dalton*, for plaintiff in error.

*T. Grady Head*, attorney-general, *J. H. Paschall*, solicitor-general, and *L. C. Groves*, assistant attorney-general, contra.